1645-14

# ELECTRONIC RECORD

COA # 04-13-00300-CR    OFFENSE: AGGRAVATED SEXUAL ASSAULT & AGGRAVATED ASSAULT

STYLE: RICHARD M. LOPEZ V. THE STATE OF TEXAS    COUNTY: BEXAR

COA DISPOSITION: AFFIRMED    TRIAL COURT: 379TH DISTRICT COURT

DATE: 10/22/14    Publish: NO    TC CASE #: 2009CR5395

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: RICHARD M. LOPEZ V. THE STATE OF TEXAS    CCA #: 1645-14

___APPELLANT'S___ Petition    CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
Refused    JUDGE: _____
DATE: 03/24/2015    SIGNED: _____    PC: _____
JUDGE: Per Curiam    PUBLISH: _____    DNP: _____
Yeary, J., NOT PARTICIPATING

-----------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____